# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA CASEY, MELODY EDWARDS,
and DEBBIE FOSTER,

    Plaintiffs,

                  v.                  NO. 3:17-cv-00521

ROGER C. DENTON, et al,

    Defendants.

## ORDER

**HERNDON, District Judge:**

**THIS CAUSE** coming on to be heard on this date upon the Stipulation for Dismissal with prejudice (doc. 101) filed herein by the plaintiff, Melody Edwards and named Defendants, David M. Peterson and David M. Peterson and Associates, P.C., and the Court having examined said stipulation and being fully advised in the premises, finds that this cause of action has been fully compromised and settled as to the above parties and they have stipulated and agreed to dismissal of the complaint with prejudice against defendants David M. Peterson and David M. Peterson and Associates, P.C.

**IT IS HEREBY ORDERED** that the complaints of Plaintiff Melody Edwards against the Defendants David M. Peterson and David M. Peterson and Associates, P.C. be and the same are hereby dismissed with prejudice.

It is further **ORDERED** that this Court shall retain jurisdiction of this matter for the purpose of approving distribution and, in the event that any party

fails to execute any necessary document(s), fulfill any agreed to conditions, and/or pay the agreed settlement amount.

This action continues against the Defendants Daniel Massey, Daniel P. Massey Law Firm, P.C., Gregory McEwen, and McEwen Law Firm, Ltd.

Judgment to be entered accordingly at the close of the case.

**IT IS SO ORDERED.**

Judge Herndon
2018.11.29
16:15:31 -06'00'

**United States District Judge**