IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESSICA CASEY, MELODY EDWARDS, and DEBBIE FOSTER, individually, and on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 3:17-CV-521-NJR |
| ROGER C. DENTON, SCHLICHTER, BOGARD & DENTON, L.L.P., MICHAEL S. BURG, BURG, SIMPSON, ELDREDGE, HERSH & JARDINE, P.C., MICHAEL A. LONDON, DOUGLAS & LONDON, P.C., MARK R. NIEMEYER, NIEMEYER, GREBEL & KRUSE, LLC, DANIEL P. MASSEY, DANIEL MASSEY LAW FIRM, P.C., DAVID M. PETERSON, PETERSON & ASSOCIATES, P.C., GREGORY McEWEN, and McEWEN LAW FIRM, LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 4, 2018 (Doc. 93), judgment is entered against Plaintiffs Jessica Casey, Melody Edwards, and Debbie Foster and in favor of Defendants Roger C. Denton, Schlichter, Bogard & Denton, L.L.P., Michael S. Burg, Burg, Simpson, Eldredge, Hersh & Jardine,

P.C., Michael A. London, Douglas & London, P.C., Mark R. Niemeyer, and Niemeyer, Grebel & Kruse, LLC.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of November 30, 2018 (Doc. 102), Defendants David M. Peterson and Peterson & Associates, P.C., were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of February 28, 2019 (Doc. 111), Defendants Daniel P. Massey and Daniel Massey Law Firm, P.C., were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of February 28, 2019 (Doc. 110), the remaining claims against Defendants Gregory McEwen and McEwen Law Firm, Ltd., are **REMANDED** to state court for lack of federal subject matter jurisdiction.

DATED:  February 28, 2019

                                              MARGARET M. ROBERTIE,
                                              Clerk of Court

                                              By: s/ Deana Brinkley
                                                  Deputy Clerk

APPROVED:  _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**